Elsie Viola MILLER and Oretta Bernice Lancaster, doing business as the Junction Cafe and Tavern; Taylor's Coffee Shop, Inc., dba Rennie's Landing; Wian, Inc., dba Barney's Cable, individually and as representatives of others similarly situated, Plaintiffs-Appellants,

v.

William H. HEDLUND; Sylvia S. Bedingfield; Reuben A. Worster; Stan Auderkirk and Jill Thorne, individually in their representative capacities as the Commissioners of the Oregon Liquor Control Commission; C. Dean Smith, individually in his capacity as Administrator for the Oregon Liquor Control Commission, Spear Beverage Co., Inc., and Coast Distributors, Inc.; individually and as representatives of others similarly situated, Defendants-Appellees.

No. 84–3749.

United States Court of Appeals, Ninth Circuit.

Dec. 19, 1986.

David W. Axelrod, Schwabe, Williamson, Wyatt, Moore & Roberts, Portland, Or., for plaintiffs-appellants.

Robert W. Muir, Asst. Atty. Gen., Salem, Or., for defendants-appellees.

## ORDER

Before BROWNING, Chief Judge, ALARCON, Circuit Judge, and STEPHENS *, District Judge.

accept the plan. 11 U.S.C. § 1129(a)(10). This requirement has been met here.

3. The election under 11 U.S.C. § 1111(b) does not apply in this case.

* The Honorable Albert Lee Stephens, Jr., Senior United States District Judge for the Central District of California, sitting by designation.

The opinion in this case is withdrawn. 803 F.2d 1007. Submission of this case is vacated pending resolution by the United States Supreme Court of *324 Liquor Corp. v. Duffy*, No. 84–2022.